UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDMONDE LOUIS,

                Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------X

Civil Action No.:
1:17-cv-05975-PGG-RWL

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020

The Court, having read the memorandum and affirmation of Daniel Berger, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

**IT IS ORDERED** that attorney's fees in the amount of $16,301.00, which represents 25% of the past due benefits awarded to Plaintiff, be remitted to Daniel Berger, petitioner and counsel for Plaintiff before this Court. Upon receipt of this sum, counsel for Plaintiff is directed to remit the previously awarded Equal Access to Justice Act fees of $6,653.00 to Plaintiff.

DATED:

November 10, 2020
New York, New York

SO ORDERED:
11/10/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE